UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| AIRPORT AVIATION SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>UNION INDEPENDIENTE DE TRABAJADORES DE AEROPUERTO,<br><br>Defendant. | Civil No. 97-2812 (JAF) |

## O R D E R

The plaintiff will show cause as to why this case should not be dismissed without prejudice for lack of diligent prosecution. **Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of October, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge