UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AIRPORT AVIATION SERVICES,

    Plaintiff,

v.

UNION INDEPENDIENTE DE
TRABAJADORES DE AEROPUERTO,

    Defendant.

Civil No. 97-2812 (JAF)

## J U D G M E N T

Plaintiff's "Motion for Voluntary Dismissal without Prejudice," filed on October 19, 1999, <u>Docket Document No. 3</u>, is **GRANTED**. Judgment is entered dismissing this case without prejudice, without the imposition of costs, expenses, and attorney's fees.

San Juan, Puerto Rico, this 25th day of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)